## Bodine *v.* The State.

APPEAL from the Circuit Court of Marshall.

Tried before the Hon. J. A. BILBRO.

JOHN A. LUSK, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellont in this case was indicted, tried and convicted for obstructing a public road.
The judgment of conviction is affirmed.

Opinion by HARALSON, J.

---

## Minge *et al. v.* Pratt *et al.*

APPEAL from Marengo Chancery Court.

Heard before the Hon. THOMAS H. SMITH.

ELMORE & HARRISON, for appellants.

No counsel marked as appearing for appellee.

The appeal in this case was dismissed on appellant's motion.

Opinion PER CURIAM.